## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**In re:**
**DAVID BRIAN DERRINGER,**                                 **WJ/LCS  No. BR-04-17330-M13**
**Debtor.**


**DAVID BRIAN DERRINGER,**

**Appellant,**

**vs.**                                                      **USCD No. Civ 07-741**

**MICK CHAPEL, JENNIFER CHAPEL,**
**and JOSEPH E. MANGES,**

**Appellees.**

## ORDER

        **THE MATTER** before the Court is a bankruptcy appeal that was filed on August 2,

2007. (Document No. 1)   Pursuant to the provisions of 28 U.S.C. §636 (b)(1)(B), and *Virginia*

*Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), this matter

was referred to Magistrate Judge W. Daniel Schneider to conduct hearings, if warranted,

including evidentiary hearings, and to perform any legal analysis required to recommend to the

Court an ultimate disposition of the case.  Magistrate Judge Schneider filed his Report and

Recommendations on January 30, 2008.  (Document No. 14)

        Having reviewed the record de novo and considered the United States Magistrate Judge's

Report and Recommendations, to which there was no objection filed by Appellant, and being

otherwise fully advised, I find that the motion to dismiss should be granted.

        **WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United

States Magistrate Judge are adopted.

**IT IS FURTHER ORDERED** that the orders of the Bankruptcy Court are affirmed and

the appeal is dismissed.

_____
**HON. WILLIAM JOHNSON**
**UNITED STATES DISTRICT JUDGE**